■ In the Matter of ANDREW V. and Another, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KATHY A., Appellant. (Appeal No. 2.) [847 NYS2d 894]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered August 2, 2006 in a proceeding pursuant to Family Court Act article 10. The order, among other things, directed that a parenting skills assessment be undertaken of respondent Kathy A. as it pertains to her children.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.